# Richmond

ARTHUR S. BAILEY AND LUTHER BAILEY V. MEADE BAILEY, ET ALS.

November 17, 1932.

Present, Campbell, C. J., and Holt, Epes, Hudgins, Gregory and Browning, JJ.

*Taylor & Taylor, Charles Curry* and *Curry Carter,* for the plaintiffs in error.

*Timberlake & Nelson, Charles J. Churchman* and *Kerr & White,* for the defendants in error.